| Fill in this information to identify your case: | |
|---|---|
| United States Bankruptcy Court for the: | |
| MIDDLE DISTRICT OF FLORIDA | |
| Case number *(if known)* _____ Chapter **11** | |
| | ☐ Check if this an amended filing |

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy                         04/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

**1. Debtor's name**        **Ortiz A Trucking, LLC**

**2. All other names debtor used in the last 8 years**
   Include any assumed names, trade names and *doing business as* names

**3. Debtor's federal Employer Identification Number (EIN)**        **81-4079435**

**4. Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **454 Majestic Garden Blvd.** <br> **Winter Haven, FL 33880** | |
| Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| **Polk** | Location of principal assets, if different from principal place of business |
| County | |
| | Number, Street, City, State & ZIP Code |

**5. Debtor's website (URL)**        _____

**6. Type of debtor**
   ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   ☐ Partnership (excluding LLP)
   ☐ Other. Specify: _____

Debtor   **Ortiz A Trucking, LLC**                                    Case number (*if known*)
       Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.
   **4842**

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7
☐ Chapter 9
■ Chapter 11. *Check **all** that apply*:

   ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725 (amount subject to adjustment on 04/01/25 and every 3 years after that).

   ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

   ■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D) and it chooses to proceed under Subchapter V of Chapter 11.

   ☐ A plan is being filed with this petition.

   ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

   ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the A*ttachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

   ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

District _____   When _____   Case number _____
District _____   When _____   Case number _____

Debtor **Ortiz A Trucking, LLC**　　　　　　　　　　　　　　　　　　Case number (*if known*)　_____
　　　　Name

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| Debtor | _____ | Relationship | _____ |
| District | _____ | When | _____ | Case number, if known | _____ |

**11. Why is the case filed in *this district*?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes.　Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
　What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
　　　　Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No
☐ Yes.　Insurance agency _____
　　　　Contact name _____
　　　　Phone _____

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

■ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

■ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than100,000

**15. Estimated Assets**

☐ $0 - $50,000
☐ $50,001 - $100,000
■ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000　　　　☐ $1,000,001 - $10 million　　　　☐ $500,000,001 - $1 billion

Official Form 201　　　　**Voluntary Petition for Non-Individuals Filing for Bankruptcy**　　　　page 3

Debtor  **Ortiz A Trucking, LLC**                                               Case number (*if known*)
　　　　Name

|  | ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
|---|---|---|---|
|  | ■ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
|  | ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor  **Ortiz A Trucking, LLC**　　　　　　　　　　　　　　　　Case number (*if known*)
　　　　Name

## Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on　**June 13, 2022**
　　　　　　　　MM / DD / YYYY

X　*/signature/*　　　　　　　　　　　　　　　　　　**Angel Ortiz**
　　Signature of authorized representative of debtor　　Printed name

Title　**Sole Managing Member**

**18. Signature of attorney**　X　*/s/ Daniel A. Velasquez*　　　　　Date　**June 13, 2022**
　　　　　　　　　　　　　　　Signature of attorney for debtor　　　　　　MM / DD / YYYY

**Daniel A. Velasquez 0098158**
Printed name

**Latham Luna Eden & Beaudine LLP**
Firm name

**201 S. Orange Avenue**
**Suite 1400**
**Orlando, FL 32801**
Number, Street, City, State & ZIP Code

Contact phone　**(407) 481-5800**　　　Email address　**dvelasquez@lathamluna.com**

**0098158 FL**
Bar number and State

Fill in this information to identify the case:

Debtor name: **Ortiz A Trucking, LLC**

United States Bankruptcy Court for the: **MIDDLE DISTRICT OF FLORIDA**

Case number (if known): _____

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders 12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
|---|---|---|---|---|---|---|
| Angel Pedroza<br>1234 Foulkrod St.<br>Philadelphia, PA 19124 | | 2007 Kenworth W900L Tractor Truck, VIN: 1XKWDB9X07R193075<br>Mileage: 1,500,000 | Contingent<br>Unliquidated<br>Disputed | Unknown | $0.00 | Unknown |
| ART Transport, LLC<br>1234 Foulkrod St.<br>Philadelphia, PA 19124 | | 2007 Kenworth W900L Tractor Truck, VIN: 1XKWDB9X07R193075<br>Mileage: 1,500,000 | Contingent<br>Unliquidated<br>Disputed | Unknown | $0.00 | Unknown |
| BITTY Advance 2, LLC<br>1617 SE 11th Street<br>Fort Lauderdale, FL 33316 | | | | | | $0.00 |
| CT Corporation System<br>as Representative<br>330 N. Brand Blvd.<br>Suite 700, Attn: SPRS<br>Glendale, CA 91203 | | | | Unknown | $0.00 | Unknown |
| Financial Pacific Leasing, Inc.<br>3455 S. 344th Way<br>Suite 300<br>Federal Way, WA 98001 | | | | Unknown | $0.00 | Unknown |

Debtor **Ortiz A Trucking, LLC**
      Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
|---|---|---|---|---|---|---|
| First Corporate Solutions, Inc.<br>12631 Imperial Highway<br>F-106<br>Santa Fe Springs, CA 90670 | | | | Unknown | $0.00 | Unknown |
| Internal Revenue Service<br>Centralized Insolvency Ops<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | | 2019 Federal Income Taxes | | | | $14,000.00 |
| Spring Funding, LLC<br>c/o The Corporation Trust Co<br>as Registered Agent<br>1209 Orange St.<br>Wilmington, DE 19801 | | | | | | $0.00 |
| U.S. Small Business Admin.<br>Office of Disaster Assistance<br>14925 Kingsport R<br>Fort Worth, TX 76155 | | | | | | $236,000.00 |
| Wide Merchant Group<br>3580 Wilshire Blvd.<br>Suite #160<br>Los Angeles, CA 90010 | | | | | | $0.00 |

Official form 204      Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims      page 2

# United States Bankruptcy Court
## Middle District of Florida

In re  **Ortiz A Trucking, LLC**                                    Case No.
                            Debtor(s)                               Chapter  **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Angel Ortiz<br>454 Majestic Garden Blvd.<br>Winter Haven, FL 33880 | | 100% | Common Membership Interest |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **Sole Managing Member** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date  **June 13, 2022**                         Signature  _/s/ Angel Ortiz_
                                                          **Angel Ortiz**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Sheet 1 of 1 in List of Equity Security Holders

**United States Bankruptcy Court**
**Middle District of Florida**

In re  Ortiz A Trucking, LLC                                    Case No.
                                    Debtor(s)                   Chapter  11

# VERIFICATION OF CREDITOR MATRIX

I, the Sole Managing Member of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:  June 13, 2022

Angel Ortiz/Sole Managing Member
Signer/Title

Ortiz A Trucking, LLC - - Pg. 1 of 1

Ortiz A Trucking, LLC
454 Majestic Garden Blvd.
Winter Haven, FL 33880

First Corporate Solutions, Inc.
12631 Imperial Highway
F-106
Santa Fe Springs, CA 90670

Daniel A. Velasquez
Latham Luna Eden & Beaudine LLP
201 S. Orange Avenue
Suite 1400
Orlando, FL 32801

Internal Revenue Service
Centralized Insolvency Ops
PO Box 7346
Philadelphia, PA 19101-7346

Angel Ortiz
454 Majestic Garden Blvd.
Winter Haven, FL 33880

Spring Funding, LLC
c/o The Corporation Trust Co
as Registered Agent
1209 Orange St.
Wilmington, DE 19801

Angel Pedroza
1234 Foulkrod St.
Philadelphia, PA 19124

U.S. Small Business Admin.
Office of Disaster Assistance
14925 Kingsport R
Fort Worth, TX 76155

ART Transport, LLC
1234 Foulkrod St.
Philadelphia, PA 19124

Wide Merchant Group
3580 Wilshire Blvd.
Suite #160
Los Angeles, CA 90010

BITTY Advance 2, LLC
1617 SE 11th Street
Fort Lauderdale, FL 33316

CT Corporation System
as Representative
330 N. Brand Blvd.
Suite 700, Attn: SPRS
Glendale, CA 91203

Financial Pacific Leasing, Inc.
3455 S. 344th Way
Suite 300
Federal Way, WA 98001

Financial Pacific Leasing, Inc.
PO Box 4568
Auburn, WA 98001

# United States Bankruptcy Court
## Middle District of Florida

In re   Ortiz A Trucking, LLC                              Case No.
                              Debtor(s)                    Chapter    11

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   Ortiz A Trucking, LLC   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

June 13, 2022                            /s/ Daniel A. Velasquez
Date                                     **Daniel A. Velasquez 0098158**
                                         Signature of Attorney or Litigant
                                         Counsel for   **Ortiz A Trucking, LLC**
                                         **Latham Luna Eden & Beaudine LLP**
                                         **201 S. Orange Avenue**
                                         **Suite 1400**
                                         **Orlando, FL 32801**
                                         **(407) 481-5800 Fax:(407) 481-5801**
                                         **dvelasquez@lathamluna.com**