

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA

# PRO MEMO

06/27/2022 11:30 AM

COURTROOM 9A

**HONORABLE CARYL DELANO**

| CASE NUMBER: | | FILING DATE: |
|---|---|---|
| 8:22-bk-02366-CED | 11 | 06/13/2022 |

**Chapter 11**

**DEBTOR:**  Ortiz A Trucking, LLC

**DEBTOR ATTY:**  Daniel Velasquez

**TRUSTEE:**  Amy Mayer

**HEARING:**

Emergency Motion for Turnover of Property - specifically: 2007 Kenworth W900L Semi Truck. Filed by Daniel A Velasquez on behalf of Debtor Ortiz A Trucking, LLC (Velasquez, Daniel) Doc #5
-Response to EMERGENCY MOTION TO COMPEL TURNOVER Filed by Nicole Mariani Noel on behalf of Creditor Art Transport, LLC And Angel Pedroza (related document(s)[5]). (Noel, Nicole) Doc #20

**APPEARANCES:**: Daniel Valezquez, J Steven Wilkes, Amy Mayer, Nicole Noel

**WITNESSES:**

**EVIDENCE:**

**RULING:**
Emergency Motion for Turnover of Property - specifically: 2007 Kenworth W900L Semi Truck. Filed by Daniel A Velasquez on behalf of Debtor Ortiz A Trucking, LLC (Velasquez, Daniel) Doc #5 -   Granted in part, adequate protection granted, proof of insurance, right to inspect, reserve on attorney fees, continued to 7/18/2022 at 3:30 pm for a status conference O/Velasquez

-Response to EMERGENCY MOTION TO COMPEL TURNOVER Filed by Nicole Mariani Noel on behalf of Creditor Art Transport, LLC And Angel Pedroza (related document(s)[5]). (Noel, Nicole) Doc #20
Proposed Orders, if applicable, should be submitted within three days after the date of the hearing - Local Rule 9072-1(c). Orders not submitted by the time of closing will result in motions/objections/applications being denied as moot. This docket entry/document is not an official order of the Court.