ORDERED.

Dated: January 04, 2023

_____
Caryl E. Delano
Chief United States Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

In re:

**ORTIZ A TRUCKING, LLC,**

CASE NO. 8:22-bk-02366-CED
CHAPTER 11

*Subchapter V Election*

Debtor.
_____/

**AGREED ORDER SUSTAINING IN PART AND OVERRULING IN PART DEBTOR'S OBJECTION TO CLAIM 4-1 OF ART TRANSPORT, LLC AND ANGEL PEDROZA**

**THIS CASE** came before the Court without a hearing upon the Objection to Claim 4-1 of Art Transport, LLC and Angel Pedroza (collectively "Creditor")(the "Objection")(Doc. No. 58) filed by Ortiz A Trucking, LLC ("Debtor"). By submission of this order for entry, the submitting counsel represents that the opposing party consents to its entry. Accordingly, it is

**ORDERED:**

1. The Objection to Claim is sustained in part and overruled in part as set forth herein.

2. Claim No. 4-1 (the "Claim") shall be allowed for purposes of treatment under Debtor's Plan of Reorganization, as modified (Doc. Nos. 39, 59, 64). As of December 23, 2022, the current amount due on account of the Claim is $26,250.00.

\* \* \*

Attorney Daniel A. Velasquez is directed to serve a copy of this order on interested parties who do not receive CM/ECF service and file a proof of service within three (3) days of entry of the order.